UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.

**ADAM L. SACHS, et al.,**

       **Defendants,**

_____/

Case No.: 5:20-cv-00073-JSM-PRL

### REPORT AND RECOMMENDATION[1]

This matter is before the Court on the United States' unopposed motion for a final order on the writ of garnishment issued to Bank of America ("Garnishee"). (Doc. 62). The Court entered a judgment against Adam L. Sachs on July 29, 2020, in the total amount of $3,410,614.94, including interest through February 21, 2020. (Doc. 23). As of May 5, 2025, the balance of the judgment against Sachs is $2,823,513.17, including accrued interest.

On January 10, 2025, the Court issued under seal a writ of garnishment to Bank of America as a remedy to enforce the judgment pursuant to the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. §§ 3001 et seq. (Doc. 59). The Garnishee has answered advising that it is holding $20,350.36 in account number ending 0890 in the name of Sachs subject to the writ of garnishment. (Doc. 61-1). On April 1, 2025, the United States served by email and regular mail Bank of America's answer on Sachs. (Doc. 61). Pursuant to

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

28 U.S.C. § 3205(c)(5), Sachs' objection to Bank of America's answer or request for hearing was due by April 21, 2025. To date, Sachs has not filed a response, objection, or request for hearing regarding Bank of America's answer. Thus, under 28 U.S.C. § 3205(c)(7), Bank of America should sell, liquidate, or otherwise convert the investments and securities held in Account Number ending 0890 and any other account subject to the writ of garnishment, to create a cash distribution to the United States. The amounts after liquidation should be paid to the United States.

Accordingly, it is recommended that the United States' motion be **granted** (Doc. 62), and the Court enter final judgment in garnishment against Bank of America directing as follows:

A. Within five business days of the entry of this Order, Bank of America shall pay the $20,350.36 held by Bank of America in Account Number ending 0890 to the United States.

B. All payments and cash distributions to the United States shall be made by delivering a check made payable to "United States Department of Justice" and marked with the name of this case, "United States v. Adam Sachs," Case No. 5:20-CV-00073. Checks shall be mailed to:

> **If by First Class Mail:**
> United States Department of Justice
> Tax Division
> Office of Review/Financial Litigation
> P.O. Box 310
> Ben Franklin Station
> Washington, DC 20044
>
> **If by courier or overnight delivery:**
> United States Department of Justice
> Tax Division

>   Office of Review/Financial Litigation
>   Room 11501
>   1275 First Street, NE
>   Washington, DC 20002

C. The writ of garnishment issued to Bank of America shall automatically terminate after Bank of America makes its payment to the United States.

D. Bank of America is not entitled to attorneys' fees, costs or other fees from the amounts paid, or distributed, to United States. No party to this action is entitled to attorney's fees or costs from the United States.

DONE and ENTERED in Ocala, Florida on May 12, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge