# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                           Case No: 5:20-cv-73-JSM-PRL

ADAM L. SACHS, ROBERTA GAIL
HENRY, DANIEL F. SWEIGARD and
LAKE COUNTY TAX COLLECTOR,

   Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 63). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 63) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The United States' Motion for a Final Order as to the Writ of Garnishment to Bank of America (Dkt. 62) is GRANTED.

3. The Clerk is directed to enter a final judgment in garnishment against Bank of America directing as follows:

   A. Within five business days of the entry of this Order, Bank of America shall pay the $20,350.36 held by Bank of America in Account Number ending 0890 to the United States.

   B. All payments and cash distributions to the United States shall be made by delivering a check made payable to "United States Department of Justice" and marked with the name of this case, "United States v. Adam Sachs," Case No. 5:20-CV-00073. Checks shall be mailed to:

**If by First Class Mail:**
United States Department of Justice
Tax Division
Office of Review/Financial Litigation
P.O. Box 310 Ben Franklin Station
Washington, DC 20044

**If by courier or overnight delivery:**
United States Department of Justice
Tax Division Office of
Review/Financial Litigation
Room 11501 1275 First Street, NE
Washington, DC 20002.

   C. The writ of garnishment issued to Bank of America shall automatically terminate after Bank of America makes its payment to the United States.

D. Bank of America is not entitled to attorneys' fees, costs or other fees from the amounts paid, or distributed, to United States. No party to this action is entitled to attorney's fees or costs from the United States.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of May, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record